**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paul Hallenbeck,

       Plaintiff,                  Civil No. 11-185 (RHK/JJG)

vs.                          **DISQUALIFICATION AND**
                                 **ORDER FOR REASSIGNMENT**

Healthcare IP Partners, LLC, Nisco
International, Inc., Carl George,
John Does 1-10,

       Defendants.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 26, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge